IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00714-BNB

MICHELLE DAWN HANSEN,

    Plaintiff,

v.

JP MORGAN CHASE, and
TSCHETTER HAMRICK SULZER P.C., et al.,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a presiding judge, and if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge, and, if appropriate, to a magistrate judge.

DATED March 12, 2014, at Denver, Colorado.

                                BY THE COURT:

                                s/ Boyd N. Boland
                                United States Magistrate Judge