IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00714-REB-MEH

MICHELLE D. HANSEN,

    Plaintiff,

v.

JP MORGAN CHASE, and
TSCHETTER HAMRICK SULZER P.C.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2014.**

    In light of the Order Directing Plaintiff to Cure Deficiencies issued by Magistrate Judge Boland (docket #6), Plaintiff's [Motion for] Emergency TRO [filed March 12, 2014; docket #12] is **denied without prejudice**. If the Plaintiff fails to comply with Judge Boland's order, this Court may recommend dismissal of the Plaintiff's Complaint.